Melissa A. Palmer (State Bar No. 357767)
Olinsky Law Group
250 S. Clinton Street, Suite 210
Syracuse, New York 13202
t. 315.701.5780
f: 315.701.5781
e: mpalmer@windisability.com
Attorney for Plaintiff, Joselito Cabral

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

---

JOSELITO CABRAL,

PLAINTIFF,

No. 2:26-cv-02831-AC

-v-

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

---------------------------------------------------------

## ~~PROPOSED~~ ORDER

Before the Court is the Stipulation, filed by Plaintiff, Joeslito Cabral, for an extension of time. Because the Court finds good cause, and absent objection from Defendant, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until November 30, 2026, to file her Opening Brief. Accordingly, Defendant's deadline to file his responsive brief is extended to December 30, 2026. Plaintiff's deadline to file a reply brief, if any, is extended to January 13, 2027.

//

Let the clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED this 22nd day of October 2026.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE